**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6232**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CLAY MARSHALL CURTIS,

                              Defendant - Appellant.

─────────────

**No. 99-6299**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CLAY MARSHALL CURTIS,

                              Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CR-93-21, CA-97-191-R)

─────────────

Submitted:  June 17, 1999          Decided:  June 23, 1999

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Clay Marshall Curtis, Appellant Pro Se. Jean Barrett Hudson, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   In these consolidated appeals, Clay Marshall Curtis challenges the district court's orders denying his motion for reconsideration of its order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1999) and his motion for a certificate of appealability. We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Curtis, Nos. CR-93-21; CA-97-191-R (W.D. Va. Feb. 5 & Feb. 22, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3